Henderson *vs.* Henderson.

7    421
e129   417

No. 68.—EZEKIEL HENDERSON, plaintiff in error, *vs.* ROBERT S. HENDERSON, defendant.

[1.] Service of the notice of the signing of the bill of exceptions, by the plaintiff in error, *in person,* is not in compliance with the Statute organizing the Supreme Court.

A motion was made to dismiss this writ of error, among other grounds,

1. Because notice of the signing of the bill of exceptions, was not served by a Sheriff, Constable, or Attorney of the Superior Court, as the law requires.

2. Because the evidence in the Court below is not embodied in the bill of exceptions, as required by the rules of this Court.

It appeared from the record that the notice of the signing of the bill of exceptions, was served by the plaintiff in error. The bill of exceptions was tendered on 4th September, 1849, and had no reference, whatever, to the evidence. There was a separate sheet of paper, purporting to contain the evidence, on the back of which the Judge certified, on 10th August, 1849, that the same was a copy, in substance, of the evidence.

AKIN, for the motion.

HOOPER & LATHAM, contra.

State of Georgia *vs.* Jones.

*By the Court.*—WARNER, J. delivering the opinion.

The 4th section of the Act organizing the Supreme Court, requires that a copy of the notice of the signing the bill of exceptions, shall be served by a Sheriff, Constable or Attorney of the Superior Court; here it is served by another person. Let the motion to dismiss the writ of error be sustained, on both the grounds taken.